PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

**U. S. A. vs. Danny Harold Jones**                    Docket No. 05 DEC 16 AM 8:37  2:02CR20088-01

### Petition on Probation and Supervised Release

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

COMES NOW _Lorin J. Smith_ , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Danny Harold Jones_ , who was placed on supervision by the Honorable _Jon P. McCalla_ sitting in the Court at _Memphis, TN_ , on the 7th day of _January_ , _2003_, who fixed the period of supervision at _three (3) years*_ , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.      The defendant shall participate as directed in a program of mental health treatment, including a sexual offender treatment program, approved by the probation officer.

2.      You shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer.

3.      You are prohibited from possessing, subscribing to, or viewing, any video, magazine or literature depicting children in the nude and/or sexually explicit positions.

4.      You shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer.

5.      You shall submit to a search of your person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer.

6.      Fine in the amount of $6,000.00.
        (For full text of Special Conditions, see original Judgement)

        * Supervision began December 15, 2004.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The outstanding fine balance is $6,000.00. It is recommended that the Court specifically approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Danny Harold Jones' fine payments be set at 10% of his gross monthly income.

### ORDER OF COURT

Considered and ordered this _15_ day of _Dec._ , 20_05_, and ordered filed and made a part of the records in the above case.

Jon P. McCalla
United States District Judge

Respectfully,

Lorin J. Smith
United States Probation Officer

Place: _Memphis, Tennessee_

Date: _November 29, 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-16-05_

74

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:02-CR-20088 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT